**Appeals Dismissed and Memorandum Opinion filed September 17, 2019.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-19-00638-CR**
**NO. 14-19-00639-CR**
**NO. 14-19-00640-CR**

---

**DURABLE PRINTED PRODUCTS INC., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause Nos. 15-DCR-069707B, 15-DCR-069708, 15-DCR-069709B**

---

## MEMORANDUM OPINION

These are attempted appeals from the orders signed August 1, 2019 denying appellant's motions to dismiss the indictments. Generally, appeals in criminal cases may be taken from only final judgments of convictions. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). The denial of a motion to dismiss an indictment may not be appealed before conviction. *Ex parte Lovings*, 480 S.W.3d

106, 110 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

Therefore, the appeals are dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer

Do Not Publish — Tex. R. App. P. 47.2(b).